UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

          Case No: 11-CR-20648

  v.

          Hon. Stephen J. Murphy III

Berry, et al.

      Defendants.

---

# NOTICE OF CHANGE OF U.S. TRIAL ATTORNEY

**To:**    **Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of Attorney of record for the above captioned case:

***Add the following Trial Attorney:***

Name: Robert Zink
Bar ID: DC-502694
Telephone: (202) 616-0429
Email: Robert.Zink@usdoj.gov

                      Daniel L. Lemisch
                      Acting United States Attorney

                      *s/Robert Zink*
                      Robert Zink
                      Assistant Chief
                      Criminal Division, Fraud Section
                      U.S. Department of Justice
                      1400 New York Avenue, N.W.
                      Washington, DC 2005

Dated: May 23, 2017