UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,          CASE NO. 02:11-CR-20648

           Plaintiff,          HON. STEPHEN J. MURPHY

v.

D-1 ALPHONSO BERRY, M.D.,

           Defendant.

_____/

**JOINT MOTION TO REDUCE SENTENCE**
**PURSUANT OF FEDERAL RULE OF CRIMINAL PROCEDURE 35**

Pursuant to Federal Rule of Criminal Procedure 35, the United States of America and the Defendant, Alphonso Berry, hereby jointly move for a sentence reduction for the defendant, Dr. Alphonso Berry, to reflect his substantial assistance in the criminal investigation and prosecution of others.  In support of this motion, the parties state the following:

1.     On January 8, 2013, Dr. Berry pleaded guilty to one count of conspiracy to commit health care fraud (in violation of 18 U.S.C. §1349) and five counts of health care fraud (in violation of 18 U.S.C. § 1347).  (Dkt. 101.)

2.     On September 7, 2016, this Court sentenced Dr. Berry to a period of 24 months' imprisonment.  At that time, the government filed a motion under

U.S.S.G. § 5K1.1, requesting that this Court impose a sentence of 35 months, which is approximately 45 percent below the low end of the applicable Guidelines range. The Court granted the government's motion and, in recognition of the extent and substance of Dr. Berry's assistance, granted a further reduction to 24 months.

3.      Since sentencing, Dr. Berry has provided the government with substantial assistance in its investigation and prosecution of another co-conspirator—Renald Dasine—who was sentenced on March 21, 2017. As a result of this substantial assistance, the government recommends an additional reduction in his sentence of 10 months, reducing Dr. Berry's sentence to 14 months. This reduction would reflect a total reduction to the low end of Dr. Berry's applicable Guidelines range of approximately 60% (and taking into account the Court's prior 11-month reduction to Dr. Berry's sentence).

4.      The parties do not feel a hearing is necessary on this motion. Nevertheless, to the extent the Court believes a hearing on this motion is required, the parties will make themselves available at the Court's convenience.

2

Respectfully submitted,


DANIEL L. LEMISCH
ACTING UNITED STATES ATTORNEY

*/s Robert Zink*

Robert Zink
Assistant Chief
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, DC  20005
Tel:  (202) 616-0429
Fax:  (202) 514-0152
Robert.Zink@usdoj.gov


FOR THE DEFENDANT, ALPHONSO BERRY


*/s Christopher Andreoff*

Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Tel:  (248) 351-3000
Fax:  (248) 351-3082
candreoff@jaffelaw.com

3

## CERTIFICATE OF SERVICE

I certify that, on May 23, 2017, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel for Defendant.

/s Robert Zink

Robert Zink
Assistant Chief
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, DC  20005
Tel:  (202) 616-0429
Fax:  (202) 514-0152
Robert.Zink@usdoj.gov

4